IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRANK G. MELTON,

    Petitioner,

v.                                      CASE NO. 5:09cv293-SPM/MD

STATE OF FLORIDA,

    Respondent.

_____/

## **ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation. Doc. 15. Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 16. Despite the objections, I have determined that the report and recommendation is correct and should be adopted. Petitioner has not presented circumstances that would justify an interest of justice transfer under § 1631. See Guenther v. Holt, 173 F.3d 1328, 1330-31 (11th Cir. 1999). Accordingly, it is

ORDERED AND ADJUDGED:

1.     The magistrate judge's report and recommendation (doc. 15) is ADOPTED and incorporated by reference in this order.

2.     The 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1) is

dismissed without prejudice.

3. The clerk shall close this case and send to petitioner the Eleventh Circuit's form application for leave to file a second or successive petition. Petitioner should read the instructions carefully to determine whether he can satisfy the conditions for filling a second or successive motion.

4. The Court will not issue a certificate of appealability.

DONE AND ORDERED this 5th day of February, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge